IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SELWYN MILLS** | : CIVIL ACTION |
| v. | : |
| **THERESA A. DELBALSO and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA** | : NO. 17-4628 |

## ORDER

**NOW**, this 13th day of February, 2018, upon consideration of the Petition for Writ of *Habeas Corpus* (Document No. 1), the response to the Petition, the Report and Recommendation filed by United States Chief Magistrate Judge Linda K. Caracappa (Document No. 8), and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Chief Magistrate Judge Linda K. Caracappa is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of *Habeas Corpus* is **DISMISSED**; and

3. There is no probable cause to issue a certificate of appealability.

/s/TIMOTHY J. SAVAGE